NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**SISVEL INTERNATIONAL S.A.,**
*Appellant*

v.

**SIERRA WIRELESS, INC., TELIT CINTERION DEUTSCHLAND GMBH, F/D/B/A THALES DIS AIS DEUTSCHLAND GMBH**
*Cross-Appellants*

2022-1493, 2022-1547

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01099.

**ON MOTION**

PER CURIAM.

**O R D E R**

Upon consideration of Sisvel International S.A.'s unopposed motion for leave for arguing counsel Robert J. Gajarsa to appear remotely at the oral argument scheduled for July 12, 2023, or to reschedule the oral argument for a later date,

IT IS ORDERED THAT:

The motion is granted to the extent that Mr. Gajarsa will be permitted to present argument by videoconference. The following protocols apply:

(1) This appeal will be the last argued case before the panel.

(2) The Clerk's Office will provide additional instructions to counsel. Arguing counsel will be required to adhere to those instructions and attend a mandatory orientation to be scheduled by Clerk's Office staff.

(3) Only Mr. Gajarsa will be permitted to access the videoconference for argument. The Clerk's Office will provide arguing counsel access credentials for the argument, and arguing counsel are prohibited from sharing this information, except as necessary to ensure their technical equipment is sufficiently configured to participate in argument.

(4) Arguing counsel, their support staff, and any associates or designees must not record, photograph, broadcast, transmit or permit to be transmitted, or otherwise capture any audio, video, or image from any aspect of the argument, or otherwise distribute the videoconference credentials or connection information.

(5) All counsel are advised that the court will not entertain any motions to expand access to the videoconference beyond arguing counsel. Audio of the argument will continue to be streamed online for co-counsel, parties, and members of the public. Video of the argument will not be provided.

FOR THE COURT

July 6, 2023  
Date

/s/ Jarrett B. Perlow  
Jarrett B. Perlow  
Clerk of Court